

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00838-CV

**IN RE ALLSTATE TEXAS LLOYDS** and Michael McAfee

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed: December 12, 2018

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relators filed a motion to withdraw their petition for writ of mandamus because the parties reached a Rule 11 agreement resolving the issue raised in the petition. We grant the motion and dismiss the petition for writ of mandamus.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 32612, styled *Klaus Wilhelm v. Allstate Texas Lloyds and Michael McAfee*, pending in the 83rd Judicial District Court, Val Verde County, Texas, the Honorable Robert Cadena presiding.